*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2015-01      *Resuelto:* 10 de abril de 2015

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, se cons-

tituyen las siguientes Salas de Verano para funcionar durante el receso:

*Del 1 de julio al 31 de julio de 2015*

Hon. Anabelle Rodríguez Rodríguez, *presidenta*
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García

*Del 1 de agosto al 31 de agosto de 2015*

Hon. Liana Fiol Matta, *presidenta*
Hon. Erick Kolthoff Caraballo
Hon. Roberto Feliberti Cintrón

*Del 1 de septiembre al 30 de septiembre de 2015*

Hon. Rafael L. Martínez Torres, *presidente*
Hon. Luis F. Estrella Martínez
Hon. Maite D. Oronoz Rodríguez

En caso que sea necesario sustituir a algún Juez o alguna Jueza que no pueda intervenir en algún asunto, se seguirá el procedimiento establecido en la Regla 4(d) del Reglamento del Tribunal Supremo, *supra*. El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal.

        *(Fdo.)* Aida Ileana Oquendo Graulau
        *Secretaria del Tribunal Supremo*